REYNOLDS TILBURY WOODWARD LLP
ADRIAN J. WEBBER (Bar No. 259118)
AVALON J. FITZGERALD (Bar No. 288167)
11601 Blocker Drive, Suite 105
Auburn, CA 95603
Telephone:  (530) 885-8500
Facsimile:  (530) 885-8113
awebber@rtwlawllp.com
afitzgerald@rtwlawllp.com

Attorneys for Defendant HYDE CAVIAR, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOHNSON, an individual<br><br>Plaintiff,<br><br>v.<br><br>HYDE CAVIAR, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.  2:23-cv-00961-JAM-KJN<br><br>**STIPULATION FOR ARBITRATION AND ORDER** |

  Plaintiff Juan Johnson ("Plaintiff") and Defendant Hyde Caviar, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

  1. Plaintiff filed his Complaint in the Superior Court of California, County of Sacramento, on April 13, 2023, in Case No. 34-2023-00337875-CU-WT-GDS (the "Action").

  2. Defendant subsequently removed the Action to this Court.

  3. The Parties have agreed to arbitrate Plaintiff's claims alleged in the Action as required by the Parties' At-Will Employment, Confidential Information, Invention Assignment, and Arbitration Agreement.

  4. The arbitration shall be with JAMS pursuant to the JAMS Employment Arbitration Rules and Procedures.

  5. In light of the foregoing facts, the above-captioned case shall be stayed in its entirety pending the outcome of the arbitration, subject to a later motion to confirm the arbitration award, if any.

  IT IS SO STIPULATED.

Dated: July 18, 2023       TOWER LEGAL GROUP, PC

                By: */s/Ariel A. Pytel* (as authorized on 7/18/2023)
                   ARIEL A. PYTEL
                Attorneys for Plaintiff JUAN JOHNSON

Dated: July 18, 2023       REYNOLDS TILBURY WOODWARD LLP

                By: */s/Avalon Johnson Fitzgerald*
                  AVALON JOHNSON FITZGERALD
               Attorneys for Defendant HYDE CAVIAR, LLC

**ORDER**

The parties having stipulated, and good cause appearing, it is HEREBY ORDERED that:

1. Plaintiff's claims in the above-captioned case shall be SUBMITTED TO ARBITRATION before JAMS and arbitrated per the JAMS Employment Arbitration Rules & Procedures.

2. The above-captioned case shall be **STAYED** in its entirety pending the arbitration, subject to a later motion to confirm the arbitration award, if any.

3. The parties are **ORDERED** to file a Joint Status Report pursuant to the provisions of F.R.Cv.P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report or dispositional documents, **within thirty (30) days** <u>after</u> completion of arbitration. Failure to timely file may result in the imposition of sanctions.

**IT IS SO ORDERED**.

Dated: July 21, 2023                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE