| | |
|---|---|
| 1 | REYNOLDS TILBURY WOODWARD LLP |
| 2 | ADRIAN J. WEBBER (Bar No. 259118)<br>AVALON J. FITZGERALD (Bar No. 288167) |
| 3 | 11601 Blocker Drive, Suite 105<br>Auburn, CA 95603 |
| 4 | Telephone:  (530) 885-8500<br>Facsimile:  (530) 885-8113 |
| 5 | awebber@rtwlawllp.com<br>afitzgerald@rtwlawllp.com |
| 6 | Attorneys for Defendant HYDE CAVIAR, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOHNSON, an individual<br><br>            Plaintiff,<br><br>      v.<br><br>HYDE CAVIAR, LLC, a Delaware limited liability company,<br><br>            Defendant. | Case No.  2:23-cv-0961-JAM-KJN<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Hearing Date:   May 7, 2024<br>Time:                 1:00 p.m.<br>Courtroom:       6<br>Judge:  Hon. John A. Mendez |

Having reviewed the Motion to Withdraw as Counsel filed by Reynolds Tilbury Woodward, LLP, counsel of record for Defendant Hyde Caviar, LLC, and good cause appearing, the Court orders as follows:

1. The Motion to Withdraw is **GRANTED**;

2. The Court grants leave to Reynolds Tilbury Woodward LLP, including its individual attorneys Adrian Webber and Avalon Johnson Fitzgerald, to withdraw as counsel of record for Defendant Hyde Caviar, LLC;

3. The Court **ORDERS** that Reynolds Tilbury Woodward LLP, including its individual attorneys Adrian Webber and Avalon Johnson Fitzgerald, are no longer counsel of record for Defendant Hyde Caviar, LLC and shall have no further obligation to appear on Defendant's behalf in this action;

4. Defendant Hyde Caviar, LLC shall be deemed to be a party to the action *in propria persona* unless and until it retains new counsel of record.

IT IS ORDERED.

Dated: April 25, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE