# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN JOHNSON ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:23–CV–00961–JAM–CSK** |
| v. | |
| **HYDE CAVIAR, LLC ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/26/2025 .**

ENTERED:  **August 26, 2025**        /s/ **Keith Holland**
                                                              Clerk of Court